| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  MOSKOWITZ, Barry T. | 2. Court or Organization  Southern District of California | 3. Date of Report  05/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Chief, U.S. District Judge-Active (during reporting period) | 5a. Report Type (check appropriate type)  ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
333 W. Broadway, Suite 1580
San Diego, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Advisory Board | San Diego Chapter of the Federal Bar Association |
| 2. | Power of Attorney for family member (managing assets and paying bills) | |
| 3. | Trustee | Family Trust A |
| 4. | Trustee | Family Trust B |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | California State Teachers Retirement System - Pension |
| 2. 2018 | San Diego Unified School District Supplemental Retirement Annuity from Pacific Life Insurance Company |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Rutgers Law School Alumni Association | 4 complimentary meals ($175 each) at annual alumni dinner honoring me. | $700.00 |
| 2. | Rutgers Law School Alumni Association | Engraved rocking chair commemorating my award as "Distinguished Alumnus." | $450.00 |
| 3. | Rutgers Law School Alumni Association | Engraved award as "Distinguished Alumnus." | $200.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | L.L. Bean Master Card | Revolving Credit Card Accounts (1) (issued by CitiBank) | K |
| 2. | Citi Card | Revolving Credit Card Account (1) | J |
| 3. | Bank of America | Revolving Credit Card Account (1) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Credit Union (accounts) | A | Interest | L | T | | | | | |
| 2. CA Teachers Retirement System | | None | J | T | | | | | |
| 3. Ford Common Stock | A | Dividend | J | T | | | | | |
| 4. Wells Fargo Bank | A | Interest | | | Closed | 08/29/18 | J | | |
| 5. Apple Common Stock | A | Dividend | J | T | | | | | |
| 6. San Diego County Credit Union (accounts) (Trust A) | A | Interest | K | T | | | | | |
| 7. U.S. Bank (accounts) (Trust A) | A | Interest | K | T | | | | | |
| 8. Wells Fargo Bank (accounts) (Trust A) | A | Interest | M | T | | | | | |
| 9. Schwab brokerage money market (Trust A) cash reserves | A | Interest | J | T | | | | | |
| 10. American Century CA (BCITX) Bond Fund (A) | C | Dividend | M | T | | | | | |
| 11. Vanguard CA Inter Term Bond Fund (VCADX) (A) | B | Dividend | K | T | | | | | |
| 12. Vanguard Inflation Bond Fund (VAIPX) (A) | A | Dividend | K | T | | | | | |
| 13. I Shares MSCI EAFE ETF (EFA) (A) | A | Dividend | K | T | | | | | |
| 14. Select STR Financial ETF (XLF) (A) | A | Dividend | K | T | | | | | |
| 15. SPDR S&P Mid Cap 400 ETF (MDY) (A) | A | Dividend | K | T | | | | | |
| 16. SPDR S&P 500 ETF (SPY) (A) | A | Dividend | K | T | | | | | |
| 17. I Shares Core S&P small cap ETF (IJR) (A) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Bank account (B) | A | Interest | K | T | | | | | |
| 19. Schwab Trust B brokerage money market (B) | A | Interest | J | T | | | | | |
| 20. American Century Inter (twtix) bond fund (B) | C | Dividend | M | T | | | | | |
| 21. Doubleline EMRG MKTS (DLENX) bond fund (B) | A | Dividend | K | T | | | | | |
| 22. | A | Distribution | | | | | | | |
| 23. Ridgeworth (Virtus) SEIX INVT bond fund (STTBX) (B) | B | Dividend | L | T | | | | | |
| 24. | A | Distribution | | | | | | | |
| 25. Schwab CA Tax Free Bond Fund (SWCAX) (B) | C | Dividend | M | T | | | | | |
| 26. USAA Tax Exempt Inter bond fund (USATX) (B) | C | Dividend | M | T | | | | | |
| 27. Vanguard CA Inter Term bond fund (VCADX) (B) | D | Dividend | M | T | | | | | |
| 28. Parnassus Core EQTY stock fund (PRBLX) (B) | A | Distribution | J | T | | | | | |
| 29. | A | Dividend | | | | | | | |
| 30. I Shares Select DIV. A ETF fund (DVY) (B) | A | Dividend | K | T | | | | | |
| 31. SP DR S&P DIV. ETF fund (SDY) (B) | A | Dividend | K | T | | | | | |
| 32. Vanguard REIT ETF fund (VNQ)(B) | A | Dividend | J | T | | | | | |
| 33. American Century High MUN bond fund (ABHYX) (B) | B | Dividend | K | T | | | | | |
| 34. Vanguard High Yield Corp. bond fund (VWEAX) (B) | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Navy Federal Credit Union (accounts)(X) | A | Interest | K | T | | | | | |
| 36. Mellon Bank of NY(cash account)(Trust A) | A | Interest | L | T | | | | | |
| 37. Goldman Sacks Bank (cash account)(Trust A) | A | Interest | M | T | | | | | |
| 38. Bank of India (cash account)(Trust A) | A | Interest | M | T | | | | | |
| 39. Manufactures Union Bank (cash account) (Trust A) | A | Interest | M | T | | | | | |
| 40. Morgan Stanley Bank (cash account)(Trust B) | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.

In 2016, I became the successor trustee for one of my family members who is the lifetime beneficiary of the trusts. I also started acting as power of attorney for the same family member in 2016. Pursuant to the Instruction, the investment assets subject to the power of attorney were not reported. The assets in Trusts A and B are denoted by (A) and (B) respectively.

My _____ had a trust. My ____ is not the trustee or a trust beneficiary during the life of her _____ She is a beneficiary on death. My _____ died on 12/24/17. The trustee sold the trust assets in 2018 and distributed my ____ share to her in 2018, which was placed in the Navy Federal account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barry T. MOSKOWITZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544